**Hamilton County Municipal Court, Cincinnati, Ohio**
**Small Claims Complaint**

Plaintiff(s): Irene Evans
5720 Winton Rd Apt 512
Cincinnati OH 45232    513 915 9882
Phone Number

Case No. 20CV13632

☐ In accordance with civil rule 4.6 (C) or (D) and 4.6 (E), an ordinary mail waiver is requested

vs.

① U.S. Postal ② Jeffery John Oliver
5515 Vine St. Cincinnati OH 45217

Defendant(s)

Amount $ $6,000

*Amend to ADD Party

CERT MAIL

Plaintiff says that there is due and owing from the defendant(s) the sum of **Six Thousand** dollars

For the following reason(s): Defendant failed to stop for Red traffic light, Resulting in hitting my vehicle

Interest, if applicable, from the N/a day of Court cost Cost, Plus Court Costs.

**ATTENTION: ALLOW SUFFICIENT TIME TO ENTER THE COURTHOUSE DUE TO SECURITY CHECK. DELAYS POSSIBLE.**

Notice and summons in action for money only

To: (1) Jeffery John Oliver
5515 Vine St.
Cincinnati OH 45217

(2) ___

Notice to the Defendant: The court will hold trial on this claim at the Hamilton County Courthouse, 1000 Main St., Rm. 265 at ~~9:30~~ / **10:30 A.M.**, on: **Oct 15, 2020**

If you do not appear at the trial, judgment may be entered against you by default, and your earnings may be subject to garnishment, or your property may be attached to satisfy the judgment. If your defense is supported by witnesses, account books, receipts, or other documentation, you must produce them at the trial. Subpoenas for witnesses, if necessary, should be filed with the clerk at least seven (7) days before the trial. If you believe you have a claim against the plaintiff, you must file a counterclaim with the court and must serve the plaintiff and all other parties with a copy of the counterclaim at least seven (7) days prior to the trial date of the plaintiff's claim. All filings to be filed/mailed with the appropriate fees to: Hamilton County Clerk of Courts 1000 Main St. Rm. 115, Cincinnati, Ohio 45202. If you admit the claim but desire time to pay, you may make such a request at the trial.

Memorandum to the Plaintiff
Bring your evidence and witnesses, if any, with you. Subpoenas for witnesses, if necessary, must be filed with the clerk at least seven (7) days before the trial date. **On accident cases involving a motor vehicle, you must bring your title to the vehicle.**

Plaintiff further states that to the best of their knowledge the defendant is / is not a member of the Armed Forces of the United States of America.

X _Irene Evans_                             513 915 9882
Signature of Plaintiff/Attorney   Attorney Address Only   Phone No.   Attorney ID No.

d and sworn to before me this 14th day of Sep
Clerk/Deputy Clerk, Notary Public

D129783551 09/14/2020

EXHIBIT A

VERIFY RECORD