**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Irene Evans,

     Plaintiff,

           v.                             Case No.   1:20cv720

United States Postal
Service, *et al.*,                        Judge Michael R. Barrett

     Defendants.

**ORDER**

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on February 9, 2021 (Doc. 6).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner.   *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).   No objections to the Magistrate Judge's R&R (Doc. 6) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 6) of the Magistrate Judge is hereby **ADOPTED.**   Consistent with the recommendation by the Magistrate Judge, Defendant United States Postal Service's Motion to Dismiss (Doc. 4) is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE** in its entirety for lack of jurisdiction.

**IT IS SO ORDERED.**

                                   */s/ Michael R. Barrett*
                                Michael R. Barrett, Judge
                                United States District Court